THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Joseph Ricks, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-054
Submitted January 1, 2008  Filed January
 14, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Joseph
 Ricks appeals from his guilty plea to a forgery charge.  The plea judge
 sentenced Ricks to five years confinement, suspended on service of two years
 probation with restitution.  Ricks argues his sentence is unconstitutionally
 disproportionate and constitutes cruel and unusual punishment under the
 circumstances.  Ricks did not submit a pro se brief.  After a
 thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Rickss appeal and grant counsels
 motion to be relieved.[1]  
 
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.